## AFFIDAVIT

I, Kristina Angell, being duly sworn, declare and state as follows:

## PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for QIHONG SONG ("SONG") for violation of Title 18, United States Code, Section 1546 (Fraud and misuse of visas, permits, and other documents).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## BACKGROUND OF FBI SPECIAL AGENT KRISTINA ANGELL

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), currently assigned to the Portland, Maine field office. I have been so employed since May of 2019. Prior to this assignment, I was an FBI contractor for 15 months working on digital forensic evidence to identify significant mobile application trends utilized by violent criminals. I have received training in conducting counterintelligence, counterterrorism, criminal, and cyber investigations. I have participated and assisted in investigations related to numerous types of violations to include wire fraud, online threatening communications, fraud, violent gangs, counterterrorism,

2

counterintelligence, drugs, human trafficking, child exploitation, kidnapping, interstate domestic violence, and mishandling of classified information.

## SUMMARY OF PROBABLE CAUSE

4. On July 25, 2024, the FBI Portland Resident Agency (RA) was notified of an attempted border crossing at Coburn Gore, Maine Port of Entry (POE) that occurred on July 21, 2024. SONG attempted to gain entry into Canada with a document she represented as her own Belgian passport although SONG does not have Belgian citizenship or a legal Belgian passport.

5. The following information is based on a review of United States (US) Customs and Border Protection (CBP) reports and records:

    a. On June 24, 2024, SONG submitted an Electronic System for Travel Authorization (ESTA) application to enter the US and represented she was a citizen of Belgium.

        i. An ESTA application enables citizens of participating countries to travel to the US for stays of 90 days or less without having to obtain a visa. An applicant bearing only Chinese citizenship would not be eligible to apply for visa-free entry to the US and would require a visa.

    b. On July 14, 2024, SONG and her husband departed Shanghai Pudong International Airport (PVG) on All Nippon Airways (NH) flight 968. SONG transited through Japan and arrived in the US at Chicago O'Hare International Airport (ORD) on NH flight 112 using the Belgian passport. SONG was admitted to the US as "WT - Visa waiver visitor" based on her ESTA application representing that she was a citizen of Belgium.

    i. Through consultation with US CBP, I know that not all US ports of entries stamp traveler passports due to technical advances in border crossing technology.

  c. On July 21, 2024 at 6:40 PM eastern standard time (EST), SONG presented herself as outbound from the US at the Canadian Woburn POE, which is located on the international border of the US in the State of Maine.

  d. Canada Border Services Agency (CBSA) scanned the Belgian passport presented by SONG in order to cross the border. The passport would not scan correctly in the document reader; SONG then presented a Chinese passport with a Canadian visa. When CBSA scanned SONG's Chinese passport, CBSA received an alert from the International Criminal Police Organization (INTERPOL) and Belgium indicating SONG was not a Belgian citizen. CBSA alerted US CBP officers at Coburn Gore POE that the Belgian document was either altered or fraudulent.

  e. CBSA returned SONG to the US at Coburn Gore POE on July 22, 2024 at 12:35 pm EST. The Coburn Gore POE address is ME-27, Coburn Gore, Maine 04936.

  f. SONG was interviewed on July 22, 2024, by US CBP officers in which she admitted to acquiring the Belgian passport through an agency whose name she could not recall. SONG stated she had paid approximately $38,000 euros for the document. SONG noted that she was the only family member who did this.

    i. SONG stated she and her husband had entered the US in Chicago on July 14, 2024, to attend a conference and then proceeded to Colby College in Waterville, Maine to visit a family member.

4

    ii. SONG, her husband, and niece planned to attend another conference in Montreal, which is why they were attempting to depart the US at Coburn Gore POE.

  g. During a basic examination of SONG's phone conducted by CBP pursuant to their border search authority, officers identified instructions for how SONG should use the passport, to include the recommendation of building a travel history before trying to enter Belgium. Additionally, instructions were provided on how to respond to questions from immigration officers should she be asked how she obtained her passport.

 6. Stamps and documentation in the Belgian passport SONG had represented as her own included the following:

  a. Admitted to Thailand on October 11, 2023, and departed on October 12, 2023.

  b. Admitted to China on May 16, 2024, and departed on May 27, 2024.

  c. There is another stamp in the passport from an unknown country. It appears SONG entered this country on June 4, 2024, and departed on June 7, 2024.

  d. Admitted to China on June 25, 2024, and departed on July 13, 2024.

  e. There is a Chinese visa for SONG issued on July 8, 2024, indicating she was permitted to stay in China until July 29, 2024.

 7. Also according to CBP records, SONG has an active Chinese passport, E50259205, issued on May 6, 2015, and set to expire on May 5, 2025. SONG has traveled extensively to the US on this active Chinese passport:

      a.    On October 3, 2016, SONG traveled from China to Los Angeles International Airport (LAX) and departed on October 7, 2016, from Minneapolis-St. Paul International Airport (MSP) for Toronto, Canada.

      b.    SONG utilized this Chinese passport previously to transit the Coburn Gore POE in a passenger vehicle. On October 13, 2016, SONG entered the US with a B2 Temporary Visa at this crossing. SONG departed the US on October 17, 2016, from LAX to China. SONG, among others, was interviewed on October 13, 2016, upon entry to the US at the Coburn Gore POE. The driver of the vehicle stated he was transporting SONG, her husband, and her niece to Belfast, Maine, where SONG's husband had a business meeting.

      i.    SONG most recently entered the US on this Chinese passport on August 11, 2019, at Boston's Logan Airport (BOS) on a flight from Iceland. She departed August 15, 2019, out of John F. Kennedy International Airport in New York (JFK) to China.

8.    Finally, CBP records also indicate SONG previously traveled to and from the US on an older Chinese passport in July 2010, February 2013, May 2014, and December 2014.

## CONCLUSION

For all the reasons described above, there is probable cause to believe that QIHONG SONG has committed a violation of Title 18, U.S.C. Section 1546 (Fraud and misuse of visas, permits, and other documents) by possessing a document prescribed by statute for entry into the US knowing it to be forged, counterfeited, altered... or procured by means of any false claim or statement.

Kristina Angell, Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Jul 26 2024

City and state: Bangor, ME

John C Nivison U.S. Magistrate Judge
Printed name and title