# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QIHONG SONG | No. 1:24-mj-00244 |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves a serious risk defendant will flee.

2. Reasons for Detention. Defendant's appearance is required.

3. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of up to 3 days.

4. Length of Detention Hearing. The United States will require 1/2 hour to present its case for detention.

Date: July 26, 2024

DARCIE N. McELWEE
UNITED STATES ATTORNEY

/s/ Chris Ruge
Chris Ruge
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, ME 04401
(207) 945-0373
Chris.ruge@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2024, I electronically filed this document with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

Daniel Dube, Esq.  dan@themainelawyer.com

                                      DARCIE N. MCELWEE
                                      United States Attorney

                                      /s/Andrew McCormack
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      202 Harlow Street
                                      Bangor, ME 04101
                                      Tel:  207-945-0373
                                      Andrew.mccormack@usdoj.gov