UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CRIM. NO. 1:24-mj-00244-JCN |
| | ) |
| | ) |
| QIHONG SONG | ) |

ORDER OF DISCHARGE

A Notice of Dismissal having been filed by the Government, it is therefore adjudged that the defendant, Qihong Song, is hereby,

DISCHARGED of all counts as charged in the Complaint, pursuant to Federal Rule of Criminal Procedure 48(a).

Dated this 13th day of August, 2024.

/s/Lance E. Walker
Chief U.S. District Judge